# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2022

## NO. 03-22-00256-CR

**Joseph Alexander Burpee, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.